Fraud Committed by Concealment
Embezzlement + Theft of Corporation asset

**Filing of this Criminal Complaint by Plaintiff(s) is mandated by 18 USC § 4**



THE SUPREME LAW OF THE LAND HAS BEEN WAITING FOR US TO USE IT TO PROTECT OUR CERTAIN
UN-A-LIEN-ABLE RIGHTS ENDOWED BY OUR CREATOR AND SECURED BY OUR FIRM OBEDIENCE TO THE
CONSTITUTION

# UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

**THE UNITED STATES U.S. ATTORNEY**
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)
FOR THE DISTRICT OF NEBRASKA
IN THE COUNTY OF SHERIDAN

## UNITED STATES OF AMERICA

**BY** (Plaintiff(s) / Accuser(s))

Edmond R. and Kathleen M. Jesse, Husband and wife in the Flesh and Blood as a living man and woman in proper person and the Martial Trust thereof

**VS.** (Defendant(s) / Accused)

Lance R. Jesse and Sharon J. Jesse (Principal)

Terry Curtiss (Principal)

Randy Cullers (Principal)

Marty Conneally (Principal)

Principals are also accessory accomplices to each other. (18 USC § 3)

Travis P. O'Gorman (Judge) (18 USC § 3)

Dennis D. King (Receiver) (18 USC § 3)

Name of Bonding company, bond number, malpractice insurance and/or other Liability Insurance has not been declared by Judge or Attorneys

RECEIVED

(AND ANY UNKNOWN OTHERS.)

AUG 9 2012

~~CLERK~~
~~U.S. DISTRICT COURT~~
OMAHA

**Federal Criminal Case #**

8:12CV285

**Date**
8-7-2012

**Citizen's Criminal Complaint pursuant to 18 USC § 4**

Denied Full Disclosure, Violation of Due Process, Violation of required Constitutional Oaths, & Violation of our Civil Rights

**Points of Law:**
U.S. Const Article 1 § 10
U.S. Const. Article IV § I,
Amend.1, 5, 6, 9,10, & 14
18 USC §§ 3, 4, 241, 242, 1001,
1621, 1622, 2071, & 2383.
42 USC § 1986

**–Rights & Remedies–**
UCC 1-308
UCC 1-201

l

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent**

**CONSTRUCTIVE NOTICE**

**To avoid the Dire Consequences of this Criminal Complaint, the accused/defendant(s) must present rebuttal by sworn counter-affidavit, "specifically" stating all rebuttal to be "True, Correct, Materially Complete, and not Misleading," by "Specific Documentary Proof to the Contrary" to each point, point-by-point within <u>three months Jewish</u> (90 days statutory) from the issuance of this Criminal Complaint by Certified Return Receipt Mail to the following address:**

Edmond & Kathleen Jesse, 1838 405th Trail, Ellsworth, NE 69340

ALL POINTS NOT DENIED AND PROPERLY REBUTTED SHALL BE CONFESSED / AFFIRMED, BY SUCH DEFAULT, AND SHALL BE ACCEPTED AS DISPOSITIVE, CONCLUSIVE FACTS BY ACCUSED/DEFENDANTS and/or OTHER PROPERLY DELEGATED AUTHORITY, WHO HAD THE OPPORTUNITY AND "FAILED TO PLEAD." ALL COUNTER-AFFIDAVITS MUST BE SIGNED WITH THE VALID LEGAL NAME OF THE RESPONDENT AND PROPERLY NOTARIZED. FICTITIOUS OR INCOMPLETE NAMES OF RESPONDENTS OR THOSE NOT CONTAINING COMPLETE LEGAL FIRST, MIDDLE, AND LAST NAMES SHALL NOT CONSTITUTE A VALID RESPONSE BECAUSE THEY ARE NOT PROPERLY "AUTHENTICATED". (To be properly "<u>Authenticated</u>", it must satisfy and "<u>Honor</u>" the "<u>Full Faith and Credit</u>" requirements of the Constitution Article IV § I)

# Purpose of this Criminal Complaint

This Criminal Complaint secures the **"Remedy"** for the herein named people (s') **"Right"** to obtain Lawful Remedy from any private person and/or public officials(s) who have and are continuing to violate our Creator-endowed certain **"Un-a-lien-able Rights,"** and **Freedoms** secured and protected by the Lawful Constitution for the United States of America.

# Statement of Fact(s)

This instrument is being used to accuse the above-named defendant(s) of the offense of violation(s) of the herein listed and marked parts of the Constitution of the United States of America --- the ORIGINAL and SUPREME Law of the Land.

I, **Edmond R. Jesse and I, Kathleen M. Jesse** certify that I have grounds for and do believe that the above named Defendants have committed the cited alleged crimes contrary to law.

Said defendant(s), beginning in 2006 and continuing through the present in Sheridan County, The State of Nebraska, did unlawfully:

1) The events, which have occurred, have proven the following things transpired in the past. Lance R. Jesse conspired to commit Embezzlement and Theft of the Endowment/Corpus of the Marital Trust of Edmond R. and Kathleen M. Jesse (parents).

2) Randy Cullers and Marty Conneally premeditatedly conspired and became involved in Embezzlement and Theft of the Flying W. Ranch Inc. assets.

3) Lance R. Jesse procured Terry Curtiss (Principal of CURTISS, MORAVEK & CURTISS, PC, LLO) to assist in perpetration and perpetuation of this Fraud by Concealment of the Crime.

4) Terry Curtiss then procured Judge Travis P. O'Gorman and Dennis D. King. (18 USC§ 3)

## COMMITTED AS FOLLOWS

1) Lance R. Jesse made a constructive contract with his parents, which he did not intend to keep as the following primafacia (Patent, obvious following evidence will prove.)

2) Lance Jesse failed to perform the work he promised to do and therefore breached the Constructive **Conditional** Quitclaim & warranty deed Contract, which technically did cancel the **Conditional** Quitclaim & warranty deed, but the cancellation was ignored and even concealed by Lance Jesse. However his siblings recognized the situation as a natural manifestation of Lance's character Flaws and his brother Keith openly resisted it by filing a suit. See Exhibit attached to Criminal Complaints #1 & #2 already filed.

3) July 16, 2012 Randy Cullers (Agent) of CRITES, SHAFFER, CONNEALY, WATSON & HARFORD, PC, LLO refused to provide Edmond R. and Kathleen M. Jesse with Flying W. Ranch Inc. assets of un-issued stock shares. This is "Patent Evidence" Randy Cullers is involved in Fraud committed by Concealment.

4) July 30, 2012 Marty Connealy, Agent of the Estate Planner Law Firm of CRITES, SHAFFER, CONNEALY, WATSON & HARFORD, PC, LLO refused to provide Edmond and Kathleen Jesse with the Original paperwork of the Flying W. Ranch Inc., which Edmond and Kathleen Jesse had already paid for all of the estate planning services. This is "Patent Evidence" Marty Connealy is involved in Fraud committed by Concealment.

5) The continued actions of Terry Curtiss (Principal of CURTISS, MORAVEK & CURTISS, PC, LLO) in Case # CI 11-58 and CI 12-35 before Judge Travis P. O'Gorman evince a design to reduce Edmond and Kathleen Jesse under the absolute and unbridled use of the power of the court for the purpose of draining this elderly couple of their energy, time, money, and ability to maintain their defense and fight their battles. Terry Curtiss is mentally assaulting Edmond and Kathleen Jesse to debilitate and incapacitate them to chill their ability to think and to do battle through the abuse of court processes and has procured the Judge Travis P. O'Gorman to perfect this action procuring Dennis D. King as Receiver.

---

**ARTICLE 6, CONSTITUTION FOR THE UNITED STATES:**

"THIS CONSTITUTION, and the laws of the United States of America which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States of America, **SHALL BE THE SUPREME LAW OF THE LAND;** and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding." ...

---

**16 AM JUR 2D 177,178:**

The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose;

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it;

No one is bound to obey an unconstitutional law, and no courts are bound to enforce it;

An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the Fundamental Law of the Land, it is superseded thereby;

The general rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences.

---

**INSTRUCTION: Mark the boxes below where you believe the Law has been violated.**

| THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) | 1**01**/OC – **O**bligation of **C**ontracts <br> └─ Clause 1 <br> └─ Section 10    **AM**14.1/EP – **E**qual **P**rotection <br> └─ Article 1          └─ Section 1 <br>                              └─ Amendment 14 |

---

**J = JUDGE;   A = ATTORNEY;   O = OTHER;   X = Judge, Attorney, Other**

I. **PROTECTIONS OF YOUR BASIC RIGHTS -** (You can add more, such as attachments on the line below labeled "other")

  X   **AM1/FR** No law shall be made limiting my freedom of religion and how I apply it to my life (conscience).
  X   **AM6/AC** The accused may have the assistance of anyone/anything in the presentation of his defense.
  X   **AM6/AC, AM1/FR** It is up to me to choose and have as counsel whoever can best understand and represent my conscience (what I think is right or wrong).
  X   **AM 13.1/S, IS** No law-abiding person shall be forced to do anything he does not want to do.
  ___ **OTHER:** _____

II. **GUARANTEES OF AN HONEST GOVERNMENT THAT GIVES FAIR AND EQUAL PROTECTION FOR ALL**

  X   **AM1/FS** No law shall limit my freedom of speech - I can say whatever I believe - especially if required (when someone requires me to tell the Truth, the whole Truth, and nothing but the Truth...).
  X   **AM1/FP** No law shall limit freedom of the press - or my freedom to express my ideas in writing or printing.
  X   **AM6/INFO** The accused must be informed why he is on trial (and the nature and cause of the complaint).

X **AM6/WA** The accused must be confronted by all witnesses against him.

X **AM6/WF** The accused has the right to compulsory process to get all people or materials in his favor.

X **AM6/PT** In all trials involving the threat of jail, the accused shall have a public trial by a jury of their peers (including friends).

___ **AM5/IN** No person shall be held to answer for any serious crime without a Grand Jury indictment.

X **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.

X **AM14.1/EP** All persons shall be equally protected and restricted by the law.

X **421/UP, UI** People of each state can do anything that is allowed in any other state.

X **411/ARP** No state shall refuse to acknowledge the actions and records of other states.

X **AM14.1/CP, CI** No state shall make or enforce any law limiting rights guaranteed in the U.S. Constitution.

___ **OTHER:** _____

## III. GUARANTEES OF REASONABLE ENFORCEMENT OF YOUR RIGHTS

X **AM4/PS** I am safe from unwarranted searches/seizures of myself, or anything mine (or my responsibility).

X **AM4/W, PC** Any action taken against me must be fully described to me in writing, issued by a court of law (not an agency - like IRS), signed by a judge (not an agent - like IRS), and sworn on oath.

X **101/OC** No state shall pass any law impairing the obligation of contracts.

___ **OTHER:** _____

## IV. GUARANTEES OF DUE PROCESS (ACTION/REACTION PROCESS THAT PROVIDES JUSTICE FOR ALL)

X **AM5/DP** No person shall be deprived of anything without a fair trial based on Constitutional law.

X **AM14/DP** No State shall deprive anyone of anything without a fair trial based on Constitutional law.

___ **192/H C** I have a right to further court process if I have been unlawfully confined (Writ of Habeas Corpus).

X **322/SCA** I have a right to appeal my case to a higher court.

___ **OTHER:** _____

## V. PROTECTIONS AGAINST UNREASONABLE GOVERNMENT BEHAVIOR (OVER CONTROLLING YOUR LIFE)

___ **193/XL** No law shall be passed today that can punish me for something I did yesterday (no retroactive laws).

X **101/XL** No state shall pass any law today that can punish me for something I did yesterday (ex post facto).

X **411/CPE** Congress determines the effect of state legal processes.

___ **AM5/DJ** No person shall suffer more than once for the same offense.

X **101/LMR** No state shall declare war on a person (resort to force) in violation of the Constitution.

___ **AM8/XB** No excessive bail shall be required - bail shall be proportional to crime.

___ **AM8/XF** No excessive fines shall be imposed - fines shall be proportional to crime.

X **AM8/CP** No cruel punishment (torture) shall be inflicted on anyone.

X **AM8/UP** No unusual punishment shall be inflicted - there shall be equal suffering for equal crimes.

___ **OTHER:** _____

## VI. PROTECTIONS AGAINST GOVERNMENT SECRECY — WHICH FORCES GOVERNMENT TO BE HONEST

X **AM6/INFO, AM14.1/EP** I may require as much in writing as is required of me.

J **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).

___ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.

X **AM7/JT** All trials not involving the threat of jail, and involving over $20 shall be tried by jury of peers.

X **AM6/ST, PT** All trials involving the threat of jail shall be speedy and public.

X **323/JT** All trials involving the threat of jail shall be by jury of peers (including friends).

___ **323/TIS** Trial must be in the state where the crime was committed.

X **AM6/IJT** A jury must impartially rule on facts (even ruling against any law they believe unfair).

___ **AM6/TWC** A jury must be of the state and district where the crime was committed.

___ **AM6/DPA** The trial district must be pre-established by law to insure a fair sampling of people in the jury.

___ **101/GS** Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.

___ **101/GS, TD** No state shall make anything but silver or gold legal tender for payment of debts.

___ **101/CM** No state is allowed to coin or print money.

___ **101/EBC** No state is allowed to print anything to be used in the place of money.

5

___ **101/OC** No state is allowed to weaken the dollar bill's obligation to be exchangeable for silver or gold.
___ **185/CM** Only Congress can coin money (not Federal Reserve, which is an unlawful private corporation).
___ **185/VM** Congress has valued Money at 412.5 grains of standard silver (or equivalent gold) to the dollar.
(Federal Reserve notes do NOT promise any silver or gold at all! So, they are unlawful and cannot be used in
___ any transactions with the Government (payment of taxes, bail, fees, fines, court costs, etc.).
___ **186/PC** Printing money without lawful authorization is counterfeiting; Congress must punish counterfeiters.
_X_ **101/TN** No state shall set anyone (including Bar Assoc., Esq., Nobility Title, etc.) above the Common Man.
_X_ **101/TAC** No state shall work against the U.S. Constitution with anyone (Bar Assoc., IRS, etc.).
_X_ **431/NNS** No controlling agency (Bar Assoc., IRS) shall be formed (or act) in violation of the U.S. Constitution.
_X_ **331/TAU** No controlling agency shall harass a U.S. Citizen (mixed war/treason).
_X_ **111/SP** Only Congress has the power to make laws.
_X_ **311/SP** Only courts can decide punishments and rewards with regard to the Supreme Law.
___ **OTHER:** _____

## VII. PROTECTIONS AGAINST GOVERNMENT COMPLETELY CONTROLLING YOUR LIFE (DOMINATION)

_X_ **AM5/WAH** No person shall be forced to say or do anything that can be used against him later (for any reason).
_X_ **AM3/QS** No public servant shall be quartered in a house unlawfully or without owner's consent. *1
_X_ **193/BA** No person or group can make a law, judge on it, AND punish under it (this takes away ALL rights).
_X_ **101/BA** No state shall allow any person or group to make a law, judge on it, AND punish under it.
___ **OTHER:** *1 Receiver (Dennis King) with Letter of Marque & Reprisal from Judge Travis P. O'Gorman _____

## VIII. GUARANTEES THAT IF SOMETHING IS WRONG, YOUR GOVERNMENT MUST DO SOMETHING

_X_ **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
___ **AM14.4/PDQ)** Taxes (public debt) spent for unlawful purposes may be questioned.
___ **197/N UW** No money may be withdrawn from the Public Treasury for unlawful purposes.
___ **AM16/TX** Congress has the power to lay and collect taxes only for lawful purposes.
___ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.
_X_ **AM1/PA, RG** I may assemble peaceably with others to ask the Government to protect my rights.
___ **AM24/VPT** The right to vote may not be denied to anyone because they fail to pay taxes.
_X_ **AM9/ER** All rights belong to the people: some are stated, some are not.
_X_ **AM10/PR** All government power comes from the consent of the people governed.
_X_ **AM5/DP** No person shall be deprived of anything without a fair trial of peers based on Constitutional law.
_X_ **AM14/DP** No state shall deprive anyone of anything without a fair trial of peers based on Constitution law.
_X_ **441/GRG** The U.S. guarantees a system of laws to protect the majority AND minority.
_X_ **612/SL** "This Constitution is the Supreme Law of the Land."
_X_ **613/BO** All lawmakers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.
___ **218/OATH** The President's oath is to "faithfully execute" his office and "defend the U.S. Constitution."
___ **231/GX** The President shall "take care that the laws be faithfully executed (enforced)."
_J_ **612/JB** All judges are bound by oath to support the United States Constitution.
_X_ **441/PAI** The U.S. will protect every U.S. Citizen against any attack upon themselves or their rights. *1
_X_ **441/PADV** The U.S. will protect every U.S. Citizen against local attack upon themselves or their rights.
___ **AM2/KBA** The right of people to keep and bear arms shall never be limited or infringed.
_X_ **AM14.3/HO, IR** No person shall hold office if he rebels against or violates the U.S. Constitution (treason).
**OTHER:** *1: Domestic invasion of Martial Trust and corporation as an effect of Martial Trust violation 3rd & 4th Amend

## IX. GUARANTEES THAT IF SOMETHING IS WRONG, WHAT THE GOVERNMENT IS REQUIRED TO DO

___ **241/IMP** Any government employee (except Military) may be impeached.
___ **136/STI** Only the Senate shall try impeachments.
___ **136/SCI** Only the Senate shall convict in cases of impeachment.
___ **137/JI** Impeachment bars one from office.
___ **137/LSL** The impeached shall be subject to trial and punishment like anyone else.
___ **331/TC** It takes at least two witnesses (see below) or a confession in court to convict anyone of treason.
___ **332/TP** Congress shall decide the punishment for treason.

_____  **AM14.3/RD** Congress shall impeach anyone who rebels against or violates the U.S. Constitution.

| THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178. |
|---|

   X    **321/JUC** The Court's power reaches into all cases involving the U.S. Constitution or any laws made under it.

_____ **321/JUP** The Court's power shall extend to any case involving the United States as a party.

_____ **OTHER:** _____

---

## TITLE 18 SECTION 241 (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or laws of the United States, or because of his/her having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his/her free exercise or enjoyment of any right or privilege so secured they shall be fined not more than $10,000.00 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

---

## TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000.00 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

---

| THEREFORE, the Court shall punish according to TITLE 18 SECTION 241/242. |
|---|

**NOTE: MARK THE FOLLOWING APPROPRIATE ITEMS – HOWEVER DO <u>NOT</u> COUNT THESE IN THE FINAL LEDGER**

### X. PUNISHMENTS PROVIDED FOR CORRUPT PEOPLE IN OFFICE, DRAWING PUBLIC FUNDS

_____ **161/CS** Members of House and Senate will be paid with public 'funds for service - not disservice.'

  J   **311/CS** Judges will be paid for their service - but not for disservice.

_____ **217/CS** The President shall be paid for his service - but not for disservice.

_____ **AM14.4/OC, IR** The United States shall not be bound to finance it's own destruction.

_____ **AM14.4/OC, V** The debt incurred by the U.S. to finance it's own destruction is void.

  X   **101/OC** No State shall pass any law impairing the obligations of contracts.

_____ **231/GX** The President shall "take care that the laws be faithfully executed (enforced) ."

_____ **231/CO** The President gives power to the officers he appoints.

| THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178. |
|---|

  J   **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).

  J   **612/JB** All judges are bound by oath to support the Constitution of the United States of America.

  J A  **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.

  J   **AM14.3/HO, IR** No person shall hold office if he rebels against, or violates the U.S. Constitution.

_____ **OTHER:**

| THEREFORE, the Court shall punish the defendant(s) for fraud (drawing a wage for disservice) and misprision (mis-use of public office or contempt against the U.S. Constitution, the Supreme Law of the Land). |
|---|

This "Criminal Complaint" is an Affidavit of Obligation in the normal "Commercial" sense and as such is a "Security Instrument" representing accounts receivable and is a "Lien & Distress" upon the real and movable property and rights to property, including but not limited to Mal-Practice Insurance, Public Official Liability Insurance, Homeowners Liability Insurance, and Performance and/or Fidelity Bonds, etc. of the above-cited Defendants.

All Claims are stated in lawful US Dollars, as defined by the lawful U.S. Constitution, which means for the purpose of this document, that the value of a lawful US Dollar is defined as 371.25 grains of 0.999 Fine Silver per the Coinage Act of 1792. One Troy Oz. of 0.999 Fine Silver = 480 Grains. 371.25 / 480 = 0.7734375 or 77.344% of One Troy Oz. One lawful U.S. Dollar equals 77.344% of one ounce fine Silver.

All Payments will be made using the equivalent value as 371.25 grains of 0.999 Fine Silver and the Spot Price of Silver as established by a lawful precious metals regulating agency, or the spot price on the U.S. Silver Market, whichever is the higher amount at the time of the first day of default, at the highest Value of the day. For example, if the claim is to be paid in Federal Reserve Notes (FRN) and/or other acceptable Funds, these Federal Reserve Notes and/or Funds will only be accepted in payment as adjusted to the current Value of Silver as indicated above. This is the Silver Multiplier and also applies to any accrued interest calculations as a result of this Criminal Complaint.

This is to mean for example, that if the Spot value of Fine Silver is $30.00 on the day of default, then $30.00 multiplied by 0.77344 equals $22.203 value. One US Dollar therefore equals 22.203 FRN.

**Note:** I/We reserve the right to choose how we are compensated, and in which funds, currencies, denominations, etc., including but not limited to payment in 0.999 Fine Silver and/or other precious metal(s).

## LEDGER

**Notice to Credit/Bonding Companies: The Commercial Value of this complaint is $ 7,600,000.00**

**LEDGER:  (Total Counts X $10,000) X (Total Lien Debtors) = $ Value**

Total **Constitutional Violations**, by Judge(s) who are Lien debtor(s): __56__, at **$ 10,000.00** per count, equals **$ 560,000.00** multiplied by the total **number of Judge(s)** who are Lien Debtor(s):__1__, equals the 1st **Sub-Total $ 560,000.00**.

Total **Constitutional Violations**, by other people(s) who are Lien Debtor(s): **54**, at **$ 10,000.00** per count, equals **$ 540,000.00** multiplied by the total **number of other people(s)** who are Lien Debtor(s), __6__, equals the 2nd **Sub-Total $ 3,240,000.00**.

1st **Sub-Total $ 560,000.00**. Plus 2nd **Sub-Total $ 3,240,000.00**.

**Equals Grand Total $ 3,800,000.00 times two plaintiffs times Silver Multiplier at default.**

**Note:** Due to the Criminal Offense, once the three-month (Jewish), 90-day (Statutory) time limit expires; interest shall be compounded at 1.00% per month on any unpaid balance of the outstanding Debt.

## SUPPORTING EVIDENCE AND ADDENDUMS

**Exhibit A: See Criminal Complaint #1 (<u>Embezzlement & Theft of Flying W. Ranch Inc.</u><br>
<u>Corporation property</u>) and #2 (<u>Embezzlement & Theft of the Endowment/Corpus of the</u><br>
<u>Marital Trust of Edmond and Kathleen Jesse</u>) filed in Federal Court in Omaha, Nebraska<br>
and entered into the State Court records in Sheridan County, Rushville, Nebraska.**

**Exhibit B: Affidavit concerning Randy Cullers refusal to had over assets of the Flying W.<br>
Ranch Inc.**

**Exhibit C: See annexed Affidavit and Demand, where Marty Connealy of** CRITES,<br>
SHAFFER, CONNEALY, WATSON & HARFORD, PC, LLO refused to hand over all Original<br>
documents of the Flying W. Ranch Inc., thus causing Randy Cullers and Marty Conneally to<br>
commit premeditated Embezzlement and Theft of Corporation assets. NOTE: These estate<br>
planners were told Quote: "You may make have and keep copies for your own records."

**Exhibit D: According to this law, I am supposed to come into this office and file.**

**Exhibit E: Warning to Public officials Criminal vs Civil Filing.**

**Exhibit F: Declarations of My Beliefs According to the Law and required seven points of a<br>
Commercial Instrument.**

**See Copy of Both Notice of Interest pertaining to this case filed in Public Records Sheridan<br>
County, NE**

_____   _____   _____

_____   _____

_____   _____   _____

_____   _____

I (we) certify under penalties of perjury that I (we) have grounds to, and do believe that the above-accused person(s) committed the above offense(s) contrary to law, and by the authority of the United States Constitution of America do hereby declare same to be under Citizen's Arrest, the actual physical arrest to be by the U.S. Marshall. (See Title 42. Sections 1983-1989.)

Plaintiff(s) reserve the right to amend this document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.

I (we) are personally appearing before Notary, and giving written and by spoken oath affirming, that the following is true, correct, materially complete, and not misleading to the best of my/our knowledge and belief, under my/our own commercial liability.

Dated this _____7th_____ day of ____August____ A.D. 20_12_.

Sign Here: _Edmond R. Jesse_ ☐

Sign Here: _Kathleen M. Jesse_ ☐

(If you are a witness to treason, check box) ↑

```
┌─────────────────────────────────────┐
│ ⚖ GENERAL NOTARY-State of Nebraska   │
│     COURTNEY R. MORGAN               │
│     My Comm. Exp. June 3, 2016       │
└─────────────────────────────────────┘
```

[STATE] _Nebraska_ )
                    ) ss.
[COUNTY] _Box Butte_ )

On this _____7th_____ day of ____August____ A.D. 20_12_,

the above signatory(s) is personally appearing before me with picture ID, executed the foregoing instrument, and acknowledges it to be his/her/their own free-will act and deed.

_Courtney R. Morgan_ My Commission Expires: _June 3, 2016_

Notary Public

Record an Original of this document with the **Federal US Magistrate Judge**; if he refuses then the Federal US Prosecuting Attorney; if he refuses then the US Marshall. Have it date and time stamped, along with getting a federal criminal case # with **signature** of receiver somewhere on the cover sheet – maybe by the time-date stamp, in order to honor the Full Faith and Credit Clause of the Constitution (Article IV § I). Get two copies of the stamped coversheet to make photocopies for your full Criminal Complaint document, to give out as Complementary copies.

**One Complimentary copy each to:**

Defendant(s) / Accused, and all other directly or indirectly interested parties.

Lien Debtors/Defendants separately and jointly. THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) →

101/OC – Obligation of Contracts
└ Clause 1
└ Section 10   AM14.1/EP – Equal Protection
└ Article 1     └ Section 1
                └ Amendment 14

| REF | TITLE | REF | TITLE |
|---|---|---|---|
| 111/SP | Separation (of) Powers | 441/PADV | Protect Against Domestic Violence |
| 136/STI | Senate Tries Impeachment | 612/SL | Supreme Law of land |
| 136/SCI | Senate Convict Impeachment | 612/JB | Judges Bound by oath |
| 137/JI | Judgment Impeachment | 613/BO | All Bound by Oath |
| 137/LSL | Liable, Subject to Law | AM1/FR | Freedom of Religion |
| 153/HJP | House Journal Proceedings | AM1/FERB | Freedom to Establish Religious Basis |
| 185/CM, VM | Coin Money, Value Money | AM1/FERI | Freedom to Est. Religious Institute |
| 186/PC | Punish Counterfeiting | AM1/FXR | Freedom to Exercise Religion |
| 189/CT | Constitute Tribunals | AM1/FS | Freedom of Speech |
| 180/SP | Separation of Powers | AM1/FP | Freedom of Press |
| 192/HC | Habeas Corpus | AM1/PA | Peaceful Assembly |
| 193/BA | Bill of Attainder | AM1/RG | Redress Grievances |
| 193/XL | Ex post facto Law | AM2/KBA | Keep and Bear Arms |
| 101/TAC | Treaties, Alliance, Confederation | AM3/QS | Quartering Soldiers |
| 101/LMR | Letters of Marque and Reprisal | AM4/PS | People Secure |
| 101/CM | Coin Money | AM4/W, PC | Warrant, Probable Cause |
| 101/EBC | Emit Bills of Credit | AM5/IND | Indictment |
| 101/GS, TD | Gold / Silver Tender Debt payment | AM5/DJ | Double Jeopardy |
| 101/BA | Bill of Attainder | AM5/WAH | Witness Against Himself |
| 101/XL | Ex post facto Law | AM5/DP | Due Process |
| 101/OC | Obligation of Contracts | AM5/JC | Just Compensation |
| 101/TN | Title of Nobility | AM6/ST | Speedy Trial |
| 211/SP | Separation of Powers | AM6/PT | Public Trial |
| 217/CS | Compensation of Service | AM6/IJT | Impartial Jury Trial |
| 218/OATH | Oath of president | AM6/TWC | Trial Wherein Committed |
| 221/ROW | Require Opinion in Writing | AM6/DPA | District Previously Ascertained |
| 221/GRP | Grant Reprieves and Pardons | AM6/INFO | Information |
| 222/AJ | Appoint Judges | AM6/WA | Witness Against |
| 222/AO | Appoint Officers | AM6/WF | Witness in Favor |
| 222/AOL | Appoint Officers by Law | AM6/AC | Assistance of Counsel |
| 222/AV | Appointment Vested | AM7/JT | Jury Trial |
| 231/GX | Guarantee Execution | AM7/FX | Facts Examined |
| 231/CO | Commission Officers | AM8/XB | Excessive Bail |
| 241/IMP | Impeachment | AM8/XF | Excessive Fine |
| 311/SP | Separation of Powers | AM8/CP | Cruel Punishment |
| 311/GB | Good Behavior | AM8/UP | Unusual Punishment |
| 311/CS | Compensation of Service | AM9/ER | Enumeration of Rights |
| 321/JUC | Judicial Power U.S. Constitution | AM10/PR | Powers Reserved |
| 321/JUP | Judicial Power when U.S. is a Party | AM11/JUC | Judicial power / U.S. Constitution |
| 322/SCA | Supreme Court Appeal | AM13.1/S, IS | Slavery, Involuntary Servitude |
| 323/JT | Jury Trial | AM14.1/CUS | Citizens of the U.S. |
| 323/TIS | Trial In State | AM14.1/CP, CI | Citizens privileges, Citizens Immunities |
| 331/TAU | Treason Against U.S. | Am14.1/DP | Due Process |
| 331/TC | Treason Conviction | AM14.1/EP | Equal Protection of the law |
| 332/TP | Treason Punishment | AM14.3/HO, IR | Hold Office, Insurrection, Rebellion |
| 411/ARP | Acts, Records and Proceedings | AM14.3/RD | Remove Disability |
| 411/CPE | Congress Prescribes Effect of acts, records and proceedings | AM14.4/PDQ | Public Debt Questioned |
| 421/UP, UI | Uniform Privileges, Uniform Immunities | AM14.4/OC, IR | Obligation of Contracts, Insurrection, Rebellion |
| 431/NNS | No New State | AM14.4/OC, V | Obligation of Contracts |
| 441/GRG | Guarantee Republican Government | Am16/TX | Claims void Tax |
| 441/PAI | Protect Against Invasion | AM24/VPT | Vote - Pay Tax |

11

# COMPLAINT ¶ Embezzlement + Theft

**Filing of this Criminal Complaint by Plaintiff(s) is mandated by 18 USC § 4**

THE SUPREME LAW OF THE LAND HAS BEEN WAITING FOR US TO USE IT TO PROTECT OUR CERTAIN UN-A-LIEN-ABLE RIGHTS ENDOWED BY OUR CREATOR AND SECURED BY OUR FIRM OBEDIENCE TO THE CONSTITUTION



## UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

**THE UNITED STATES U.S. ATTORNEY**
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)
FOR THE DISTRICT OF NEBRASKA
IN THE COUNTY OF SHERIDAN

## UNITED STATES OF AMERICA

BY (Plaintiff(s) / Accuser(s))

Edmond R. and Kathleen M. Jesse, Husband and wife in the Flesh and Blood as a living man and woman and the Marital Trust thereof

VS. (Defendant(s) / Accused)

Lance R. Jesse (Principal)

Terry Curtiss (Principal)

Principals are also accessory accomplices to each other. (18 USC § 3)

Name of Bonding company, bond number, malpractice insurance and/or other Liability insurance has not been declared by Terry Curtiss. (Attorney)

AND ANY UNKNOWN OTHERS.

**Federal Criminal Case #**

_____

Date
7 - 30 - 2012

Citizen's Criminal Complaint pursuant to 18 USC § 4

Denied Full Disclosure, Violation of Due Process, Violation of required Constitutional Oaths, & Violation of our Civil Rights

Points of Law:
U.S. Const. Article 1 § 10
U.S. Const. Article IV § 1
Amend. 1, 5, 6, 9, 10, & 14
18 USC §§ 3, 4, 241, 242, 1001, 1621, 1622, 2071, & 2383.
42 USC § 1986

~Rights & Remedies~
UCC 1-308
UCC 1-301

RECEIVED

AUG 1 2012

CLERK
U.S. DISTRICT COURT
OMAHA



EXHIBIT
A



**COMPLAINT #2** Embezzlement/Theft

of Endowment/corpus

of The Martial Trust

## Filing of this Criminal Complaint by Plaintiff(s) is mandated by 18 USC § 4

THE SUPREME LAW OF THE LAND HAS BEEN WAITING FOR US TO USE IT TO PROTECT OUR CERTAIN

UN-A-LIEN-ABLE RIGHTS ENDOWED BY OUR CREATOR AND SECURED BY OUR FIRM OBEDIENCE TO THE

CONSTITUTION

## UNITED STATES CONSTITUTION CITATION

# CRIMINAL COMPLAINT

## AFFIDAVIT AND BRIEF OF INFORMATION

### THE UNITED STATES U.S. ATTORNEY

(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)

### FOR THE DISTRICT OF NEBRASKA

### IN THE COUNTY OF SHERIDAN

## UNITED STATES OF AMERICA

**BY** (Plaintiff(s) / Accuser(s))

Edmond R. and Kathleen M. Jesse, Husband and wife in the Flesh and Blood as a
living man and woman in proper person and the Martial Trust thereof

**VS.** (Defendant(s) / Accused)

Lance R. Jesse and Sharon J. Jesse (Principal)

Terry Curtiss (Principal)

Principals are also accessory accomplices to each other (18 USC § 3)

Travis P. O'Gorman (Judge) (18 USC § 3)

Dennis D. King (Receiver) (18 USC § 3)

Name of Bonding company, bond number, malpractice insurance
insurance has not been declared by Judge or Attorneys

RECEIVED

**AND ANY UNKNOWN OTHERS.**

AUG 2 2012

CLERK
U.S. DISTRICT COURT
OMAHA

**Federal Criminal Case #**

Date
**8-1-2012**

**Citizen's Criminal Complaint
pursuant to 18 USC § 4**

Denied Full Disclosure, Violation
of Due Process, Violation of
required Constitutional Oaths, &
Violation of our Civil Rights

Points of Law:
U.S. Const Article I § 10
U.S. Const. Article IV § 1,
Amend.1, 5, 6, 9,10, & 14
18 USC §§ 3, 4, 241, 242, 1001,
1621, 1622, 2071, & 2383.
42 USC § 1986

—Rights & Remedies—
UCC 1-308
UCC 1-201

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent**

## Notice

Full copies of these Criminal Complaints are available and may be obtained at cost plus postage from the Federal Court in Omaha, Nebraska

Or from:

Edmond & Kathleen Jesse
1838 405th Trail
Ellsworth, NE 69340
Phone: 308-763-1717

State of _Nebraska_ )

County of _Box Butte_ ) ss.

Date: _8/8/12_

## **Affidavit of Material Fact(s)**

### **(Randy Cullers refusal to hand over Corporation paperwork)**

**Affiants, Edmond and Kathleen Jesse, certify under our own <u>commercial liability</u> that the following is true, correct, materially complete, and not misleading to the best of our knowledge and belief.**

July 16th 2012

Monday 11:40 am

>1. Ed and Kathleen Jesse, and Camille Miller went to see attorney Randy Cullers at CRITES, SHAFFER, CONNEALY, WATSON, & Hartford, PC, LLO at 201 East Third Street, Chadron, Nebraska. Upon arriving asked to see attorney Randy Cullers. Secretary, Kris Stevens said "What is this concerning"

>2. Kathleen Jesse said "Our Estate Planning and Corporation"

>3. Kris Stevens: "Just a minute" leaving, to soon return and stated, "I do not know where he is right now."

>4. Kathleen: We are going to lunch and we will be back"

1:15 pm

>5. Ed, Kathleen and Camille Miller returned to the office of CRITES, SHAFFER, CONNEALY, WATSON, & Hartford, PC, LLO at 201 East Third Street, Chadron, Nebraska. Immediately, Randy Cullers came out and invited us to a back room. Cullers brought out a file (approx. 6 to 8 inches thick) and started thumbing through it.

>6. Kathleen: "we want ALL our paperwork.

>7. Randy Cullers: "Well, these are our originals and we can't do that" adding "there really isn't much in here for notes anyway" Randy Cullers kept thumbing through the papers and talking about knowing that Lance didn't work and the mediations didn't work. Then stating "I really didn't see much in there of interest or help"

Now, on to the corporation inquiry........

*1*



Sworn to (or affirmed) and subscribed before me this _____8th_____ day of _____August_____, in
the year of our Lord two thousand twelve by _____Edmond R. Jesse_____
_____Kathleen M. Jesse_____.

(Print Affiant's name)

_✓_ Personally Known
_✓_ Produced Identification
Type and # of ID __NE DL   461002955__
__661005252__

_____Courtney R. Morgan_____
(Signature of Notary)

(Seal)

GENERAL NOTARY-State of Nebraska
COURTNEY R. MORGAN
My Comm. Exp. June 3, 2016

_____Courtney R. Morgan_____
(Name of Notary Typed, Stamped, or Printed)

Notary Public, State of _____Nebraska_____

## LEGAL NOTICE

The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal
Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512.  *Tampering with a witness, victim, or an informant.*  The
Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled
to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public
under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which
primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law
to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the
Constitution and U.S. laws.

3

>8. Kathleen: "Where or who has the other 500 shares?"

>9. Randy Cullers: Oh, George Watson (Dead Attorney who did original paperwork) always kept those out in case there was a bankruptcy and you would be sure to get your money out of it, or say, one of your other children would come to the ranch to work, you could give them some shares, or you could get shares for work done."

>10. Kathleen: "well, we have worked for over 7 months and have not been paid, so can we get some shares????

>11. Randy Cullers: "Well, no, because you and Lance have equal shares and we can not do that without both agreeing.

>12. Kathleen: "But Ed Jesse is the President of the corporation.

>13. Randy Cullers: "No, we can't do that"

>14. Kathleen: "We paid for it, and we want our paperwork."

>15. Randy Cullers: "no, we can't do that"

2:30 pm

>16. Ed, Kathleen, and Camille left for home empty handed..........

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**Affiants exercise the right to amend this and/or any other document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.**

**Edmond and Kathleen Jesse, (Affiants), are personally appearing before Notary, and giving written and spoken oaths affirming that this Affidavit is true, correct, materially complete, and not misleading to the best of our knowledge and belief under our own commercial liability.**

Executed this __8__ day of __August__ , in the year of our Lord two thousand twelve.

By: _Edmond R. Jesse_

_Kathleen M. Jesse_

(Signature of Affiants)

2

State of _Nebraska_ )
                          ) ss.          Date: _8/8/12_
County of _Box Butte_ )

## Affidavit of Material Fact(s)

### (Marty Connealy refusal to hand over Corporation paperwork)

**Affiants, Edmond and Kathleen Jesse, certify under our own <u>commercial liability</u> that the following is true, correct, materially complete, and not misleading to the best of our knowledge and belief.**

July 30th 2012

>**1.** 11:26 am……………Ed and Kathleen Jesse, on our way to Chadron, Nebraska, again trying to get our estate, wills and corporation paperwork, we stopped at the Nebraska highway patrol office. No one was there. We then called Marty Tobiasson (a friend), we had lunch at the China Buffet to sign papers, **Marty Tobiasson as our Witness**. Two Nebraska Highway Patrol officers were in the restaurant, so we told them we were trying to get our paperwork from the Connealy Law Office. The highway patrol said it is a civil thing and they cannot help much.

1:10 p.m.

>**2.** Ed, Kathleen and Marty proceeded to Connealy/Cullers Law Office. Kris Stevens came out and:

Kathleen: "We have come after our paperwork. We want our wills and corporate papers."

>**3.** Kris: You should have called first because Randy Cullers is on vacation and I can't give it to you without his permission."

>**4.** Kathleen: "Look Kris!! We want our papers"

>**5.** Kris: "I am sorry but we can't"

>**6.** Marty Tobiasson (Friend) left, Ed and Kathleen headed back to the ranch. Four (4) miles out of town Kathleen called Randy Due. Randy said "Stop—stop and go back. I've called the highway patrol and they will meet you there in 20 minutes. Ed and Kathleen went back and sat in front of Connealy Law Office and waited, and waited. Then Randy Due called and stated the highway patrol would not go to Connealy's office.

>**7.** Ed and Kathleen went to the courthouse to see sheriff Dailey. He stated he could not send a deputy because it was a civil case and had gone that route before, but he would take us across the hall to the Judge. The Judge said it was a civil case and he would not make an order.

1



>**8.** Ed and Kathleen then drove to the police department to ask for someone to go with them to get their paperwork. The police said "no, it sounds like a civil case and it would do no good to go with you to the law office."

>**9.** At this point we again contacted Randy Due. Randy said: Go back and give the Law Office the paper DEMANDING the original paperwork, not copies, but originals.

>**10.** 3:40 Back at Connealy/Cullers office. Ed and Kathleen again asked for our paperwork. Kris Stevens left the desk, upon returning, said she could give us our Estate Planning Documents, (our wills, Power of Attorney, Revocable Trust). Ed and Kathleen stood there waiting while Kris ran off copies, and then gave us these originals, but refused to give us the Flying W. Ranch Inc. Original documentation we had paid for.

>**11.** Ed and Kathleen again asked if Marty Connealy could give us our corporate papers. Connealy then burst through the door, walked up to us and stated, "<u>we are not going to give you the corporate papers as it is now in the hands of the receiver----you gave the deeds to your son and that was made very clear by George Watson</u>."

>**12.** Kathleen: "then you sign this paper" (the DEMAND for the originals of the corporation)

>**13.** Marty Connealy: " I am not signing anything!!!"

>**14.** We handed Marty Connealy the DEMAND paper, he looked at it briefly and handed it back. Kathleen laid it on the counter with her hand on the paper, when Connealy suddenly snatched it and ran it though the copy machine and actually threw it back to Kathleen. We started to walk out of the Law office.

Ed Jesse said "This is so wicked" as they exited the door.

3:53 pm Back in the car, Kathleen wrote 'refused by Marty Connealy' on the Demand Letter.

3:57pm again headed for the ranch.

███████████████████████████

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**Affiants exercise the right to amend this and/or any other document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.**

   **Edmond and Kathleen Jesse, (Affiants), are personally appearing before Notary, and giving written and spoken oaths affirming that this Affidavit is true, correct, materially complete, and not misleading to the best of our knowledge and belief under our own <u>commercial liability</u>.**

2

Executed this _8_ day of _August_, in the year of our Lord two thousand twelve.

By: _Edmond R Jesse_

_Kathleen M. Jesse_

(Signature of Affiants)

Sworn to (or affirmed) and subscribed before me this _8th_ day of _August_, in the year of our Lord two thousand twelve by _Edmond R. Jesse._

_Kathleen M. Jesse_ .

(Print Affiant's name)

✓ Personally Known
✓ Produced Identification

Type and # of ID _NE DL   G61002955_
_G61005252_

_Courtney R. Morgan_

(Signature of Notary)

(Seal)

GENERAL NOTARY-State of Nebraska
COURTNEY R. MORGAN
My Comm. Exp. June 3, 2016

_Courtney R. Morgan_

(Name of Notary Typed, Stamped, or Printed)

Notary Public, State of _Nebraska_

## LEGAL NOTICE

The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

3

CRITES, SHAFFER, CONNEALY, WATSON & HARFORD, PC, LLO
201 East Third Street
P.O. Box 1070
Chadron, NE 69337-1070
Phone: 308-432-3339
Fax: 308-432-2960

We, Edmond and Kathleen Jesse **DEMAND** that **Randy Cullers** and other authorized Agents of (CRITES, SHAFFER, CONNEALY, WATSON & HARFORD, PC, LLO) **IMMEDIATELY** provide **TOTAL SURRENDER** of **ABSOULTELY** everything **COMPLETELY ORIGINAL** relating to **our estate planning**, which includes **ALL ORIGINAL DOCUMENTATION AND RELATED INSTRUMENTS** of the FLYING W RANCH INC., our Trust, the Quitclaim & warranty deed transfers, and or any other related original documents or original instruments of our Trust, Corporation, and all consequences etc. **And all Bookkeeping.**

Refusal to hand over **all Originals** shall be construed that you are premeditatedly involved in Concealment, Fraud, and Embezzlement of our Corporation Property.

We have payment stubs for these services and your firm has failed to provide all originals to us.

You may make have and keep copies for your own records.

  Criminal Charges are already in the process of being filed by us against parties involving this corporation. Criminal takes precedent over any civil cases involving this corporation and the Criminal charges must be answered first before the civil cases may go forward.


Signature: _Edmond H Jesse_                    Date: _7 - 30 - 2012_

Signature: _Kathleen Jesse_                    Date: _7 - 30 - 2012_

Witness: _Marty Tokierson_                    Date: _7-30-2012_

Edmond & Kathleen Jesse
1838 405th Trail
Ellsworth, NE 69340
Phone: 308-763-1717

_Refused_
_3. 5-3 PM_
_on_
_Wording_

According to this Law, I am supposed to come into this office and File (record) this Criminal Complaint(s) to report Felony crimes that have been committed.

**18 USC § 4 Misprision of Felony:** <u>Whoever</u>**, having knowledge of the actual commission of a felony** cognizable by a court of the United States, conceals and does not **as soon as possible make known** the same **to some judge** or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**The Civil Rights Act, 1866 (from** *U.S. Statutes at Large,* **Vol. 14:27)**
Sec. 3 *And be it further enacted,* **That the district courts of the United States,** ... shall have, exclusively of the courts of the several States, **cognizance of all crimes and offenses committed against the provisions of this act,** and also, concurrently with the circuit courts of the United States, of all causes, civil and <u>criminal</u>**, affecting persons who are denied or cannot enforce in the courts or judicial tribunals of the State or locality where they may be any of the rights secured to them by the first section of this act.**...

Sec. 4 *And be it further enacted,* **That the district attorneys, marshals, and deputy marshals** of the United States, **the commissioners** appointed by the circuit and territorial courts of the United States,... <u>required</u>**,** <u>at the expense of the United States,</u> **to institute proceedings** against all and every person who shall violate the provisions of this act, and cause him or them to be arrested and imprisoned, or bailed, as the case may be, for trial before such court of the United States or territorial court as by this act has cognizance of the offense....

According to what Session Law has enabled what Statute, enabling your Rule and/or Regulations to be Law that enables you to charge a Filing Fee?

When 18 USC § 4 Mandates and the Civil Rights Act of 1866 <u>requires</u> you to <u>institute</u> proceedings <u>at the expense of the United States</u>, and 18 USC § 4 makes failing to report, a felony offense for any Citizen who is aware of these crimes, how is your requiring a filing fee upon any Citizen for the privilege of not going to Jail, not <u>practicing Extortion</u> **on your part, because of you Demanding a Filing fee from the Citizen?**

**This action by any Public officials now begins to border on RICO Violations.** The Racketeer Influenced and Corrupt Organizations ("RICO") Act, 18 U.S.C. §§ 1961-68 (1994).

**18 USC § 872 - EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES**
Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, **under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than** <u>three years</u>**, or both...**

**18 USC § 1951 - INTERFERENCE WITH COMMERCE BY THREATS OR VIOLENCE**
(2) The term **"**<u>extortion</u>**"** means the <u>obtaining of property (money or personal information – 4</u>[tb] <u>Amendment, etc.) from another,</u> with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or <u>under color of official right.</u>

Please time and date stamp, and enter a <u>Federal Case number</u> on these documents, recording them into the court records, and provide me my copies.

**EXHIBIT**
**D**
Rev.

# Warning to all Public Officers involved in Filing (recording) our "Constitutional Criminal Complaints"

## Especially all U. S. Magistrate Judges, U. S. Prosecuting Attorneys, U. S. Marshals, Clerk of Court, and their assistants and/or clerks

**Ignorance** of the law is **no excuse**, especially for **those responsible with enforcing the law!**

Title 18 USC § 4 Mandates and the Civil Rights Act of 1866 **requires** you to **institute** proceedings as a "**Criminal**" matter **at the expense of the United States.**

**Title 18 USC § 4 is Criminal Law.**

**Title 28 is Civil Law.**

Any attempt to impede this Criminal Process by Agents and/or Principals by attempting to convert this **"Criminal Complaint"** into a Civil Process, shall automatically be construed that all Agents and Principals shall become an "**Accessory after the Fact.**" (18 USC § 3)

## Notice is hereby given!

**Any attempt to convert our Title 18 USC § 4 Criminal Complaints into Title 28 Civil action shall now be construed that this action is done with** "Premeditated, Willful, Malicious, and Oppressive action" against our Civil Rights of "**Due Process of Law,**" as secured by our Firm obedience to the Constitution of the United States of America, **on the part of all parties involved.**

**This action shall also be construed as "Patent Fraud and Concealment" (Embezzlement) of our Civil Rights, which include our Property Rights and Personal Info per 4th Amendment, etc.**

Pursuant to 18 USC §§ 3, 4, 241, 242, 872, 1001, 1341, 1581, 1621, 1622, 1623, 1951, 2071, 2076, 2381, 2382, and 2383; 42 USC §§ 1983, 1985, 1986, and 1994.



EXHIBIT
E

# Declaration of my Beliefs According to the Law

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent**

**Pursuant to 18 USC §§ 3, 4, 241, 242, 872, 1001, 1341, 1581, 1621, 1622, 1623, 1951, 2071, 2076, 2381, 2382, and 2383; 42 USC §§ 1983, 1985, 1986, 1994; Constitution Article IV § 1.**

## RESERVATION OF RIGHTS

The fundamental purpose of the Bill of Rights was to guarantee the Power of an Affidavit and protect property rights.

"One's right to life, liberty, and property, to free speech, free press, freedom of worship & assembly, and other fundamental rights may not be submitted to a vote; they do not depend on the outcome of elections."

**I exercise the right to amend this and/or any other document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.**

**According to Article 6, Section 1, clause 3 of the Constitution, Every Public officer** and every citizen in the State is bound to obey the Constitution of the United States of America. If you, as a Public officer, violate this required Oath, you violate your required bond, because you are required to take an Oath to support the Constitution of the United States of America. Your Acceptance of Compensation for Services binds you. It is **"Fraud"** for you to not Honor and/or do your job right!

All officers of the United States are bound by the Constitution, all Citizens by the Pledge of Allegiance to the Flag, and all Soldiers by both. Nobody gets out of this.

I am a Citizen of the State I live in and I am willing to obey Title18 USC § 4 without having taken an Oath. That would place me in a public capacity of obeying the Law. I am not under Oath, but you as a public officer and servant are required to take an Oath to support the Constitution and are being Compensated for your services; therefore, when you want to reject Title18 USC § 4, you are no longer a public servant. You are of something called a **Treasonous** Public officer.

Further more, I reserve all of my Rights using the UCC 1-308 (Performance or Acceptance under Reservation of Rights) in relationship to any past and/or future action concerning this case. **Notice is hereby given.**

## NOTICE TO ALL PUBLIC OFFICERS

If any Public officer is not in conformity with the Constitution, the result is that you must be considered a Domestic and/or Foreign Enemy and Treasonous because of your giving Aid and Comfort to the Enemy.

1

EXHIBIT

Any Judge, U. S. Prosecuting Attorney, Federal Marshal, Clerk of Court, and/or other Public Official that would disparage me of my Commercial Rights of "Due Process of Law" to file Criminal Complaints, by attempting to convert the Criminal Complaint into a Civil Matter, is committing Criminal action against me. Therefore, we are going down the Criminal route, instead of the civil route. What is your Bond number?

### Concerning the Filing of Criminal Complaints

I cannot compel the Magistrate Judge or the Prosecuting Attorney to take action on this matter because I do not have as much Power in the Court House as they do.

BUT, the Law requires me (mandates under threat of prison) to give these two offices/officials the 1st opportunity to act. (18 USC § 4)

Upon dishonor and default by those responsible in those two offices, the result becomes a Commercial matter **out** of their Court Room.

### Matter of Law

### Failure to provide **Full Disclosure** is **Fraud**, predicated upon violation of Due Process of Law.

### Fraud is gaining at the loss of another, using trickery or deception.

Fraud vitiates a Contract.

Vitiate: To impair; to make void or voidable; to cause to fail of force or effect. To destroy or annul, either entirely or in part. The legal efficacy and binding force of an act or instrument; as when it is said that fraud vitiates a contract. (Black's law Dictionary 6th Ed.)

1) **Fraud: *37 Am Jur 2d at section 8* states: *"Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn Contracts, Documents, and even Judgments."***

   *"A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby. **NO ONE** is bound to obey an unconstitutional law, and NO COURTS are bound to enforce it. (Sixteenth American Jurisprudence Second Edition, 1998 version, Section 203 (formerly Section 256))*

# A case stops at its first defect and/or at the first point **fraud** is found.

**Ignorance of the law is no excuse, especially for those responsible with enforcing the law!**

## THE SEVEN POINT CONTENT OF A COMMERCIAL PROCESS OR INSTRUMENT

Strict Commercial Institutions deal exclusively in seven point international commercial processes, all of which are written as Affidavits and contain an Affidavit at every critical position in the commercial process.

The seven points of a commercial instrument ensure (make certain) that the maker is telling the truth, the whole truth, and nothing but the truth, and can be held fully liable for failure to provide FULL DISCLOSURE.

The Seven Points of a strict Commercial Instrument are:

**1. PARTIES** - - identification of the parties:  (1.1) Plaintiffs, (1.2) Claimants, (1.3) Demandants, (1.4) Creditors, … , (1.5) Defendants, (1.6) Debtors, … , (1.7) Affiants, … , (1.X) other interested parties;

**2. ALLEGATION BY AFFIDAVIT** - - a sworn/ certified/verified Plain Statement of Fact/s, (for example - - a United States Constitutional 1st Amendment Petition for Redress of Grievances);

**3. EXPLICIT LEDGERING** - - a categorical point-for-point explicit ledgering of:
(3.1) losses:  debts, obligations, injuries, … , and
(3.2) gains:  remedies, specific performance, …);

**4. SURETY** - -
(4.1) substance, property, collateral, specific performance, energy, … ;
(4.2) pledged, seized, attached, … ,
(4.3) to secure the remedy and/or specific performance explicitly ledgered as owed;

**5. EXHIBITS – EVIDENCE (EXHIBIT OF FACT), MEMORANDA (EXHIBIT OF LAW), … ;**

**6. CERTIFICATION, OF ALLEGATIONS, BY AFFIANT**
(6.1) by allegation certification / attestation true, correct, and complete (and not misleading), and
(6.2) by signature of the party liable for the instrument, the Affiant.

An exhaustive commercial swearing used as the closing statement in a commercial process would be:
"I, the undersigned Affiant, swear on my own commercial liability, that I have read the foregoing instrument and know the content thereof and that, to the best of my knowledge and belief, it is true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth."

A less exhaustive, but still very binding closing statement is:
"I certify that the foregoing is true, correct, and complete."

**7. WITNESS OF POSITIVE IDENTIFICATION OF AFFIANT (ID, SSN, etc.).**

2012-05-28